**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 03-7737**

—————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LANG GILLFORD ANGE, JR.,

Defendant - Appellant.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (CR-89-136-N)

—————

Submitted: March 11, 2004        Decided: March 17, 2004

—————

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Lang Gillford Ange, Jr., Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lang Gillford Ange, Jr., appeals the district court's order denying his "Motion for Downward Departure and Reconsideration of a Sentence of Imprisonment." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Ange, No. CR-89-136-N (E.D. Va. Oct. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED